United States Bankruptcy Court

District of Oregon

In re:                                                                              Case No. 26-60230-kfe

Tiffany Lace Ciavirella                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6                          User: Admin.                          Page 1 of 1

Date Rcvd: Mar 05, 2026                       Form ID: OSD                          Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tiffany Lace Ciavirella, 123 Rivers Edge Ct., Gold Hill, OR 97525-0196 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 05 2026 23:20:00 | CarMax Auto Finance, CarMax Auto Finance, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:          /s/Gustava Winters

OSD (12/1/11) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 5, 2026

Clerk, U.S. Bankruptcy Court

BY **lew** DEPUTY

In re                                              )
**Tiffany Lace Ciavirella**                        ) Case No.  **26–60230–kfe7**
Debtor(s)                                          )
                                                   )
                                                   ) ORDER STRIKING
                                                   ) DOCUMENT(S)/ACTION
                                                   )
                                                   )

**IT IS ORDERED** that:

1.  The

    Reaffirmation Agreement between Debtor and CarMax Auto Finance. Filed By Creditor CarMax Auto Finance. (Smalls, Derria)

    filed by **CarMax Auto Finance** on **03/05/2026** is/are STRICKEN and will have no legal effect, for the reason(s) stated below:

    **Creditor did not sign Reaffirmation Agreement.**

    The document(s) must be filed properly in order to have any legal effect or for the court to take any action.

2.  Any fees accompanying the document(s) will not be refunded but will be applied to the document if refiled.

3.  **Refiling – effective date of corrected filing:**

    To refile the document(s), you must (a) file a new document that corrects the defect that was the reason for striking; AND (b) include the full filing fee, if required (unless the fee was already paid); AND (c) serve any copies as required by court rules. The new document will be entered on the docket as filed on the new date of tender, and will not be considered an amendment to any previously filed document, unless you comply with either ¶4 or 5 below.

4.  **Refiling – effective date of original filing:**

    If you need the corrected document to be deemed filed as of the date of the original filing, you must file with the court within the later of 7 days from the "Filed" date of this order or any other period specified in ¶1 above BOTH:

    (a) a new document that corrects the defect that was the reason for striking AND

    (b) a certification that copies of both (i) this order and (ii) the corrected document(s) were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

    Any time deadlines such as time to file responsive documents or to set hearings will be tolled and not begin to run until the filing date of the corrected document.

5.  **Inability to file corrected document:**

    If you cannot timely file a corrected document as provided in ¶4 above, you may request reconsideration of this order striking the document or action. To request reconsideration, you must file with the court within 7 days of the "Filed" date of this order, or any other period specified in ¶1 above, a written request that the court reconsider the Order Striking Document(s)/Action. The reconsideration request must (a) clearly set forth all grounds for failing to timely file a corrected document as described in ¶4 above AND (b) include a certification that a copy of the request was served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court